```
LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 10-8859 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| MAGDELLA GERMACHEW, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Magdella Germachew, in the principal amount of $100,229.95 plus interest accrued to November 16, 2010, in the sum of $5,356.40; with interest accruing thereafter at $8.92 daily until entry of judgment, for a total amount of **$105,586.35**.

DATED: 12/8/2010        By: TERRI NAFISI
                            Clerk of the Court

*[signature]*

Deputy Clerk
United States District Court